(104 So. 895)

**Ex parte George E. STONE, County Treasurer.**
**(1 Div. 385.)**

(Supreme Court of Alabama. June 27, 1925.)

Certiorari to Court of Appeals.

See, also, ante, p. 130, 104 So. 894.

Brown & Kohn, of Mobile, for petitioner.
Stevens, McCorvey, McLeod & Goode, of Mobile, opposed.

PER CURIAM. Petition of George E. Stone, as Treasurer of Mobile County, for certiorari to the Court of Appeals to review and revise the judgment and decision there rendered in the case of Stone, Treasurer, v. State ex rel. Freeland, 20 Ala. App. 645, 104 So. 892.

Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.